ACCEPTED
06-14-00187-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/18/2015 10:32:06 AM
DEBBIE AUTREY
CLERK

**NO. 06-14-00186-CR, 06-14-00187-CR, 06-14-00188-CR**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/18/2015 10:32:06 AM
DEBBIE AUTREY
Clerk

**TO THE COURT OF APPEALS
SIXTH DISTRICT OF TEXAS AT TEXARKANA**

**DARRIAN DE'ANTHONY DAVIS-SANDERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

\* \* \* \* \*

**APPELLATE COUNSEL'S MOTION TO WITHDRAW**

\* \* \* \* \*

**DONALD K. HOOVER**
**Counsel for Appellant**
**Bar I.D. No. 24053019**

**414 W. Sam Rayburn**
**Bonham, Texas 75418**
**903/820-8464 (Telephone)**
**972/767-4355 (Facsimile)**

**NO. 06-14-00186-CR, 06-14-00187-CR, 06-14-00188-CR**

**NO. 06-14-00186-CR, 06-14-00187-CR, 06-14-00188-CR**

**TO THE COURT OF APPEALS**

**SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA**

**DARRIAN DE'ANTHONY DAVIS-SANDERS,**

**Appellant**

**V.**

**THE STATE OF TEXAS**

**Appellee**

\* \* \* \* \*

**APPELLATE COUNSEL'S MOTION TO WITHDRAW**

\* \* \* \* \*

TO THE HONORABLE COURT OF APPEALS, SIXTH DISTRICT OF TEXAS AT TEXARKANA:

Comes now, Donald K. Hoover, counsel for the Appellant, move this Court for an Order allowing counsel to withdraw as appellate counsel of record for Darrian De'Anthony Davis-Sanders. In support of this motion, Counsel would show the Court that he has accepted a position as a prosecutor with the Fannin County District. Counsel will start that position on March 30, 2015. This will create a conflict of interest since Counsel will represent the State of Texas. Moreover, as a prosecutor, Counsel is prohibited from private practice. It is for these reason Counsel must seek withdrawal from this case.

Counsel has filed a Motion to Withdraw from the corresponding trial court case with the District Court, and he has asked the trial court to appoint new counsel. The Motion and requests are still pending.

Counsel is in possession of the reporter's record and clerk's record, and will turn those items, along with the case, over to replacement counsel. The Appellant's brief was due on March 16, 2015, however, Counsel filed a Motion for Extension of Time to File Appellant's Brief on March 16, 2015.

Appellant counsel requests that this Motion be granted. This request is not for the purpose of delay, but so that justice may be done.

WHEREFORE, the Appellant prays that the Court grant this Motion and allow him to withdraw as appellate counsel of record for Mr. Davis-Sanders.

Respectfully submitted,

  /s/ Donald Hoover
Donald Hoover
Counsel for Appellant
Bar I.D. No. 24053019
414 W. Sam Rayburn
Bonham, Texas 75418
(903) 820-8464 (Telephone)
(972) 767-4355 (Facsimile)

## CERTIFICATE OF SERVICE

A copy of the foregoing Appellant Counsel's Motion to Withdraw has been mailed via first-class mail, or hand-delivered, on March 17, 2015, to:

<u>Via Hand Delivery</u>
Fannin County District Attorney's Office
Fannin County Courthouse
101 E. Sam Rayburn
Bonham, Texas 75418

<u>Via first-class mail</u>
Mr. Darrian D. Davis-Sanders
#01957802
Eastham Unit- TDCJ
2665 Prison Road #1
Lovelady, Texas 75851

       /s/ Donald Hoover
       Donald Hoover